ANNA KOCHANOWITZ, as Administratrix, etc., of STANLEY KOCHANOWITZ, Deceased, Appellant, v. WILLIAM J. MONTGOMERY, Respondent.*— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ANNA MILLER and ELLEN BULLOCK, Respondents, v. GRACE F. MULVEY, Defendant. GEORGE W. BERSCH and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

DOROTHY MOUNTREY and ANDREW J. MOUNTREY, Appellants, v. FLORENCE WALKER, Defendant, and EDGAR J. OPPENHEIM, Respondent.— Order granting, on reargument, motion of defendant Oppenheim to dismiss complaint as to him reversed upon the facts, without costs, and motion denied, without costs, upon condition that, within five days from service of a copy of the order herein, appellants stipulate that the report of Dr. Humphreys be read by defendant Oppenheim upon the trial; in default of which stipulation the order is affirmed, with ten dollars costs and disbursements. The facts and circumstances show that there was a fair excuse for the delay in the prosecution of the actions. Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., and Scudder, J., dissent upon the ground that the discretion of the trial court was fairly and reasonably exercised, and upon the further ground that no appeal has been taken from the order made by Callaghan, J., in the wife's action, which order was made prior to the order herein.

WILLIAM L. NODELL, Respondent, v. GRAVOIL HEATER CORPORATION and Others, Appellants. APP TUNNELLING MACHINE COMPANY, INC., and Others, Defendants.— Orders denying defendants' motions to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements. The two causes of action may properly be construed as common-law actions for deceit. (*Brackett v. Griswold*, 112 N. Y. 454.) Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

PAKKO REALTY CO., INC., a Domestic Corporation, on Behalf of Itself and All Other Persons and Corporations Interested in a Matter in Controversy Set Forth in the Complaint Herein, Appellant, v. BENREB REALTY CORPORATION, and BENJAMIN KUGLER and Others, Respondents.— Order granting defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. The appeal from the order denying plaintiff's motion for an injunction *pendente lite* discontinued on consent of counsel upon the argument. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.